```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 38467
   ETTAR LOUISE SMITH
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-7265
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/20/05 and confirmed on 11/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 16710.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 10200.00 | 1276.07 | 10200.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 680.40 | .00 | 171.84 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MCI BUSINESS MARKETS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 486.74 | .00 | 122.93 |
| Z TEL | UNSECURED | NOT FILED | .00 | .00 |
| ZWICKER & ASSOCIATES PC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 5052.00 | .00 | 1275.95 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10200.00 | .00 | 6219.14 | .00 | 16419.14 |
| PRINCIPAL PAID | 10200.00 | .00 | 1570.72 | .00 | 11770.72 |
| INTEREST PAID | 1276.07 | .00 | .00 | .00 | 1276.07 |
| TOTAL PAID | 11476.07 | .00 | 1570.72 | .00 | 13046.79 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     719.61 .

Refunds to the Debtor totaled $     243.60 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/16/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```